**Laurie J. JONES Plaintiff-Appellant**

v.

**Nancy BERRYHILL,[1] Acting Commissioner of Social Security Administration Defendant-Appellee**

No. 16-3300

United States Court of Appeals, Eighth Circuit.

Submitted: June 6, 2017

Filed: June 12, 2017

Matthew J. Ketcham, Noland & Caddell, Fort Smith, AR, for Plaintiff-Appellant

Fatima Shah, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, for Defendant-Appellee

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

1. Nancy Berryhill has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

PER CURIAM.

Laurie J. Jones appeals from an order of the District Court [2] affirming the Commissioner's denial of disability insurance benefits and supplemental security income after a hearing before an Administrative Law Judge (ALJ). We have carefully considered the arguments made by Jones, and we conclude that substantial evidence in the record as a whole supports the ALJ's finding. See Perks v. Astrue, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012) (standard of review). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

---

2. The Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).